JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No. SACV 12-1691-DOC (MLGx) | Date: December 6, 2013 |

Title: YEOTA CHRISTIE v. THE BANK OF NEW YORK MELLON, ET AL.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Julie Barrera | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):    ORDER DISMISSING ALL CLAIMS WITH PREJUDICE**

On August 27, 2013, the Court dismissed all of Plaintiff Yeota Christie's claims against all defendants without prejudice. Dkt. 28. Plaintiff was required to file an amended complaint by September 16, 2013.

Instead of filing an amended complaint, Plaintiff filed a Motion for Reconsideration on September 13, 2013. Dkt. 29. The Court denied the Motion for Reconsideration on December 3, 2013. Dkt. 38.

On December 5, 2013, Plaintiff filed a Notice of Intent Not to File an Amended Complaint. Dkt. 39. More importantly, Plaintiff did not file an amended complaint before the deadline set out in the original order dismissing all claims.

Accordingly, the Court hereby DISMISSES all claims against all defendants WITH PREJUDICE.

The Clerk shall serve this minute order on the parties.

Clerk's Initials: jcb